MEMORANDUM OPINION




No. 04-04-00290-CV



Arturo ARREDONDO, individually and d/b/a Art's Mobil Service, 

Art's Mobil and Conoco Food Store,

Appellant



v.



PICO PETROLEUM,


Appellee



From the County Court at Law No. 2, Bexar County, Texas


Trial Court No. 277782


Honorable David J. Rodriguez, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: June 16, 2004


DISMISSED

 Appellant and Appellee have filed a joint motion to dismiss this appeal. We grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1. Costs of the appeal are taxed against appellant. See
Tex. R. App. P. 42.1(d).

 PER CURIAM